# Exhibit E



# Human Rights Defense Center

DEDICATED TO PROTECTING HUMAN RIGHTS

August 9, 2024

Department of the Interior
Office of the Solicitor
Attn: FOIA/Privacy Act Appeals Office
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

*Sent via mail with an emailed copy sent to FOIA.Appeals@sol.doi.gov*

**Re:** Appeal for FOIA File No. DOI-2024-BIA-2024-000913

To the FOIA Appeals Officer:

The Human Rights Defense Center (HRDC) submits this letter as an appeal to a response provided by The Bureau of Indian Affairs (BIA) to FOIA File No. DOI-BIA-2024-000913. HRDC's original public record request follows this letter as Attachment A.

On July 11, 2024, HRDC submitted a FOIA Records Request with the following wording:

HRDC is seeking records of all FOIA litigation against the Bureau of Indian Affairs (BIA), the BIA Police, and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against BIA and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 11, 2014 to the present:
   - The name of all parties involved;
   - The case or claim number;
   - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
   - The date of resolution;
   - The amount of money involved in the resolution and to whom it was paid,

---

P.O. Box 1151, Lake Worth, FL 33460
754-263-4568   |   FOIA@humanrightsdefensecenter.org

2. For each case or claim detailed above:
    - The complaint or claim form and any amended versions;

The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case

On July 17, 2024, The Bureau of Indian Affairs (BIA) responded "It has been determined that the BIA did not locate records responsive to your request. The Department of the Interior's Office of the Solicitor is the bureau/office that is likely to have the information you are seeking. You may submit your request directly to that bureau/office."

HRDC appeals the inadequate search, which promptly is an unlawful withholding. We should note in the appeal that these materials should be affirmatively disclosed under 5 USC 552(a)(2) and indexed. BIA's apparent failure to comply with its a2 disclosure obligations necessitated HRDC's a3 request. And BIA's apparent failure to comply with its a2 indexing obligations meant the FOIA office conducted an inadequate search.

Please contact me via email, foia@humanrightsdefensecenter.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

*Tiffany Hollis*

Tiffany Hollis
Public Records Manager
HUMAN RIGHTS DEFENSE CENTER

Attachment A



# Human Rights Defense Center

DEDICATED TO PROTECTING HUMAN RIGHTS

July 11, 2024

U.S. Department of the Interior
Assistant Secretary – Indian Affairs
Freedom of Information Act Office
1849 C Street, NW, MS-4660-MIB
Washington, D.C. 20240

*Submitted online at:* https://foiaxpresspal.doi.gov/

**Re:** **Request for Verdicts and Settlements**

To the FOIA Officer:

The Human Rights Defense Center (HRDC) makes this request pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. HRDC is a 501(c)(3) non-profit organization that publishes two journals and multiple books reporting on prisons, jails and other detention facilities. HRDC requests a fee waiver for this request. Prior to a name change approved by the Secretary of State in Washington in 2009, HRDC was known as Prison Legal News.

Documents Requested

HRDC is seeking records of all FOIA litigation against the Bureau of Indian Affairs (BIA), the BIA Police, and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against BIA and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 11, 2014 to the present:
    - The name of all parties involved;
    - The case or claim number;

---

- The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
- The date of resolution;
- The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:
   - The complaint or claim form and any amended versions;
   - The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

Fee Waiver Requested

HRDC requests a waiver of fees under 5 U.S.C. §§ 552(a)(4)(A)(ii)(II) and (iii), as HRDC is a member of the news media and disclosure of the requested information is in the public interest.

HRDC is the publisher of *Prison Legal News* and *Criminal Legal News*, as well as several books about the criminal justice system and legal issues affecting prisoners. *Prison Legal News* is a legal journal that reports news and litigation concerning carceral facilities. *PLN* covers corrections news and analysis and criminal justice-related issues on a national level. *PLN* has published monthly since 1990 and has approximately 9,000 subscribers in all 50 states. Based on reader survey results the estimated actual readership is around ten times that number. *PLN*'s subscribers include lawyers, journalists, judges, courts, public libraries and universities. *PLN* also maintains a website that receives approximately 100,000 visitors per month based on site analytics. *Criminal Legal News* is a legal journal. HRDC launched the inaugural issue in December 2017. *CLN* reports on criminal law decisions from all 50 states and the federal court system, focusing on legal developments affecting the fact and duration of confinement and sentences. *CLN* also covers civil rights litigation against police, prosecutors and court systems.

Disclosure of this information is "in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government," as described in 5 U.S.C. § 552(a)(4)(A)(iii). Examining specific instances of how government operations are being managed and operated and how tax dollars are being expended is the hallmark of understanding government.

Regarding an analogous request from the Bureau of Prisons, the court in *Prison Legal News v. Lappin*, 436 F. Supp. 2d 17 (D.D.C. 2006), held that Prison Legal News (the previous name of the requesting corporation) was entitled to a fee waiver.

Response Requested

If this request is denied in whole or part, please provide an index to all denials by reference to specific exemptions. If any records responsive to this request are denied in part, release all segregable portions of those records. Additionally, please outline any administrative appeals process available.

Please contact me via email, FOIA@humanrightsdefensecenter.org, should you require any additional information. Thank you for your time and attention in this matter.

        Sincerely,

        *Tiffany Hollis*

        Tiffany Hollis
        Public Records Manager
        HUMAN RIGHTS DEFENSE CENTER



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Washington, DC 20240

July 17, 2024

IN REPLY REFER TO:
DOI-BIA-2024-000913

Via email: foia@humanrightsdefensecenter.org

Tiffany Hollis
Human Rights Defense Center
P.O. Box 1151
Lake Worth, Florida 33460

Dear Tiffany Hollis:

The Bureau of Indian Affairs (BIA), Freedom of Information Act (FOIA) office received your FOIA request, dated July 11, 2024, on the same date, and assigned it control number DOI-BIA-2024-000913.  Please cite this number in any future communications with our office regarding your request.

You requested, r*ecords of all litigation against the Bureau of Indian Affairs (BIA), the BIA Police, and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:*

1. *Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against BIA and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 11, 2014 to the present:*

    - *The name of all parties involved;*
    - *The case or claim number;*
    - *The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);*
    - *The date of resolution;*
    - *The amount of money involved in the resolution and to whom it was paid,*

2. *For each case or claim detailed above:*

    - *The complaint or claim form and any amended versions;*
    - *The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.*

   *(Date Range for Record Search: From 07/11/2014 To 07/11/2024)*

We have classified you as a representative of the news media.  As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you

also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* [43 C.F.R. § 2.39](). If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* [43 C.F.R. § 2.37(g)]().

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that would generally take one to five workdays to process. The Normal track is for requests that would generally take six to twenty workdays to process. The Complex track is for requests that would generally take twenty-one to sixty workdays to process. The Extraordinary track is for requests that would generally take more than sixty workdays to process. The Expedited track is for requests that have been granted expedited processing, which are processed as soon as practicable. Within each track, requests are usually processed on a first-in, first-out basis. Your request falls into the Normal processing track.

We are writing to respond to your request. It has been determined that the BIA did not locate records responsive to your request. The Department of the Interior's Office of the Solicitor is the bureau/office that is likely to have the information you are seeking. You may submit your request directly to that bureau/office. For your information, a list of bureau FOIA contacts is located at: https://www.doi.gov/foia/contactinfo. You may also seek assistance from the designated FOIA contact or FOIA Requester Center at https://www.doi.gov/foia/foiacenters.

Eleanor "Dee" Mcvey, BIA Government Information Specialist (FOIA), is responsible for this denial.

Your request for a fee waiver was granted; therefore, there is no billable fee for the processing of this request.

Contact information for the Department's FOIA Public Liaison, who you may seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters.*

Also, the 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: (202) 741-5770
Fax: (202) 741-5769
Toll-free: 1 (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer. If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal **no later than 90 workdays** from the date of this final response. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be made in writing.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must include an explanation of why you believe this response is in error. You must also include with your appeal copies of all correspondence between you and the BIA concerning your FOIA request, including your original FOIA request and this response. Failure to include with your appeal all correspondence between you and the BIA will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

*DOI FOIA/Privacy Act Appeals Office Contact Information*

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240
Attn: FOIA/Privacy Act Appeals Office
Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of FOIA. *See* 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

This letter completes our response to your request. If you have any questions, you may contact the BIA FOIA Officer by email at foia@bia.gov or by mail at 1849 C Street, N.W., MS-4660-MIB, Washington, D.C. 20240.

Sincerely,

Eleanor "Dee" Mcvey
Government Information Specialist (FOIA)
Bureau of Indian Affairs