UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

        Plaintiff,

    v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, et al.,

        Defendants.

Civil Action No. 25-4019 (RBW)

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants, the United States Department of the Interior and the Bureau of Indian Affairs, move for an extension of time until January 19, 2026, to file their answer in this action arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendants' answer is currently due on December 19, 2025, and this is Defendants' first request for an extension. Pursuant to Local Civil Rule 7(m), on December 16, 2025, the undersigned conferred with counsel for Plaintiff, who consented to the requested relief.

Good cause exists to grant this motion. The undersigned joined the U.S. Attorney's Office on December 1, 2025, and requires an extension of time to become familiar with the relevant law in this jurisdiction. Upon joining the U.S. Attorney's Office, the undersigned also inherited a substantial docket of matters which have competing deadlines following the recent resumption of appropriations. The requested extension will afford the undersigned the opportunity to manage those competing obligations while also reviewing the allegations in the complaint, conferring with client agencies, determining an appropriate response, and completing the Department of Justice's required internal review. The requested extension further accounts for the upcoming holidays and anticipated leave schedules.

For these reasons, the Court should grant this motion and extend Defendants' deadline for filing an answer to January 19, 2026. A proposed order is attached.

Dated: December 17, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ Benjamin H. Zieman
       Benjamin H. Zieman
       Assistant United States Attorney
       601 D Street N.W.
       Washington, D.C. 20530
       202-252-2540

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Civil Action No. 25-4019 (RBW) |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for extension of time, it is hereby ORDERED that Defendants' motion is GRANTED.

It is further ORDERED that Defendants shall file their answer on or before January 19, 2026.

SO ORDERED:


_____                    _____
Date                                                REGGIE B. WALTON
                                                        United States District Judge