# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 25-4019 (RBW) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the defendants' Unopposed Motion for Extension of Time, ECF No. 4, and for good cause shown, it is hereby

**ORDERED** that the defendants' Unopposed Motion for Extension of Time, ECF No. 4, is **GRANTED**. It is further

**ORDERED** that, on or before January 19, 2026, the defendants shall file their Answer.

**SO ORDERED** this 18th day of December, 2025.

REGGIE B. WALTON<br>
United States District Judge

1