UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF THE INTERIOR, et al.<br><br>　　　　　Defendants. | Civil Action No. 25-4019 (RBW) |

**JOINT STATUS REPORT**

　　　　Pursuant to the Court's Minute Order dated January 21, 2026, Defendants United States Department of the Interior and Bureau of Indian Affairs ("Defendants"), and Plaintiff Human Rights Defense Center ("Plaintiff"), by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

　　　　1.　　Background: This case involves a FOIA request submitted to the Bureau of Indian Affairs on July 11, 2024, seeking records from the ten years preceding the request concerning all FOIA litigation against the Bureau in which the agency paid $1,000 or more to resolve claims, including the complaints and settlement or judgment documents. *See generally* ECF No. 1. Plaintiff filed suit on November 18, 2025. *See id*. Defendant answered on January 20, 2026. *See* ECF No. 6.

　　　　2.　　Status of Plaintiff's FOIA request: Defendants located 14 responsive files consisting of 151 pages and produced them to Plaintiff in their entirety on February 19, 2026. This completes Defendants' production. Plaintiff is now reviewing the production to determine whether it has any challenges to the adequacy of Defendants' search or any other issues.

1

3.      Proposed Next Steps: Plaintiff plans to promptly complete its review of the production and determine whether there are any outstanding issues. If none, Plaintiff will provide Defendants with a fee request. Once Plaintiff provides its fee demand, the parties will meet and confer to determine whether they can resolve this action without the need for further judicial intervention. In the event there are any disputes arising from Defendants' release or the matter of attorney's fees, the parties will propose a schedule for further proceedings. Accordingly, the parties propose filing another joint status report in approximately 90 days, on or before May 20, 2026.

Dated: February 19, 2026
       Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ James M. Slater
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. # 116
Atlanta, GA 30345
james@slater.legal
404-458-7283

By:   /s/ Benjamin H. Zieman
      Benjamin H. Zieman
      Assistant United States Attorney
      601 D Street N.W.
      Washington, D.C. 20530
      202-252-2540

*Counsel for the Plaintiff*

*Attorneys for the United States of America*