UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

DEPARTMENT OF THE INTERIOR, et al.,

Defendants.

Civil Action No. 25-4019 (RBW)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

JEANINE FERRIS PIRRO
United States Attorney

/By Permission/ James M. Slater
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. # 116
Atlanta, GA 30345
james@slater.legal
404-458-7283

By:    /s/ Benjamin H. Zieman
        Benjamin H. Zieman
        Assistant United States Attorney
        601 D Street N.W.
        Washington, D.C. 20530
        202-252-2540
        benjamin.zieman@usdoj.gov

*Counsel for the Plaintiff*

*Attorneys for the United States of America*